**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00031-CMA-NYW

BRIAN ROD DESIZLETS, an individual,

Plaintiff,

v.

GEICO CASUALTY COMPANY, a foreign corporation
doing business in the State of Colorado,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of ten duly sworn to try the issues herein with United States District Judge Christine M. Arguello presiding, and the jury has rendered its verdict. It is

    ORDERED that Judgment enters in favor of the Defendant, GEICO Casualty Company, and against the Plaintiff, Brian Rod Desizlets.   It is

    FURTHER ORDERED that, as the prevailing party, the Defendant, GEICO Casualty Company, is awarded its reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated:   May 24, 2018.        FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                        s/   S. West
                                            S. West, Deputy Clerk